606 A.2d 355

STATE OF NEW JERSEY, v. LAVERNE DARLENE LEAK.

March 5, 1992.

This matter having come before the Court on an appeal as of right pursuant to *Rule* 2:2–1(a)(2), and the parties having been granted leave to rely on the supplemental briefs submitted in *State v. Dillihay* (Docket Number 32,178), and good cause appearing;

It is ORDERED that the judgment of the Appellate Division is summarily affirmed. See *State v. Dillihay,* 127 *N.J.* 42, 601 *A.*2d 1149 (1992).

606 A.2d 355

IN THE MATTER OF OPINION 653 OF THE ADVISORY COMMITTEE ON PROFESSIONAL ETHICS.

March 12, 1992.

ORDER

Petition for review of the Advisory Committee on Professional Ethics Opinion Number 653 entitled, *Conflict of Interest: Partner of County Counsel Serving as Counsel to County Vocational School Board,* is granted.